NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000925
03-FEB-2016
08:32 AM

NO. CAAP-14-0000925

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE ESTATE OF TAMOTSU MASUI, Deceased

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(P. NO. 11-1-0086)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding J., Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation To Dismiss Appeal filed on January 21, 2016, within which the parties agree that each party shall bear his or her own respective attorneys' fees and costs, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved, this appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), and each party shall bear his or her own respective appellate fees and costs.

DATED: Honolulu, Hawai'i, February 3, 2016.

Presiding Judge

Associate Judge

Associate Judge